IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| PAUL TYNER, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO.: CV509-008 |
| Warden GOODRICH; Deputy Warden MILES; Deputy Warden COOPER; Capt. CATER; Capt. FAIN; Capt. SELLERS; ACREE; Lt. KEYES; Lt. JONES; Lt. BLANKENSHEAR; Lt. or Capt. WILLIAMS; Officer TIM; Officer WORK; Officer PAULK, and Capt. LEE, | : | |
| Defendants. | : | |

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is **DISMISSED**, without prejudice. If Plaintiff desires to proceed with this action he must re-submit his complaint along with the full filing fee. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this ___7___ day of ___August___, 2009.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev. 8/82)